UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

    Petitioner,

v.

RICHARD MORGAN,

    Respondent.

Case No. C05-5227RBL

ORDER FOR SERVICE AND RETURN, § 2254 PETITION

    (1)    The clerk shall arrange for service by certified mail upon respondent, a copy of the petition, of all documents in support thereof, and of this Order, a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge. All costs of service shall be advanced by the United States. The Clerk shall assemble the necessary documents to effect service. The Clerk shall send petitioner a copy of this Order, the General Order, a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge. The clerk will also sen a courtesy copy of the petition to the Washington State Attorney General's Office Criminal Justice Division.

    (2)    Within forty-five (45) days after such service, respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts. As part of such answer, respondents should state whether petitioner has exhausted available

ORDER FOR SERVICE AND RETURN, 2254 PETITION - 1

1  state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse
2  of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without
3  first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the
4  Clerk of Court and serve a copy of the answer upon petitioner.
5        (3)  The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon
6  receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the
7  answer is filed, petitioner may file and serve a response not later than on the Monday immediately
8  preceding the Friday appointed for consideration of the matter, and respondent may file and serve a
9  reply brief not later than on the Thursday immediately preceding the Friday designated for
10  consideration of the matter.

13  DATED this 8th day of June, 2005.

15        */S/ J. Kelley Arnold*
      J. Kelley Arnold
16        United States Magistrate Judge

28  ORDER FOR SERVICE AND RETURN,  2254 PETITION - 2