1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10   JOHN GRIFFIN HEADRICK,

11                  Petitioner,

12          v.                                    Case No. C05-5227RBL

13   RICHARD MORGAN,                              ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION
14                  Respondent.

15

16

17          The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

18   United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

19   remaining record, does hereby find and Order:

20          (1)     The Court adopts the Report and Recommendation;

21          (2)     The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND
                    OR SUCCESSIVE PETITION.**

22
            (3)     The clerk is directed to send copies of this Order to Petitioner, counsel for respondent
23                  and to the Hon. J. Kelley Arnold **AND TO ADMINISTRATIVELY CLOSE THIS
                    FILE.**
24
            DATED this 10th day of November, 2005.
25

26                                        _____
                                          RONALD B. LEIGHTON
27                                        UNITED STATES DISTRICT JUDGE

28   ORDER - 1