# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN GRIFFIN HEADRICK

        v.

RICHARD MORGAN

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C05-5227RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION**.

| | |
|---|---|
|    March 4, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |